B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Meadows of Jupiter Florida Condo, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-0131036** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6701 Mallards Cove Rd.**<br>**Jupiter, FL**<br>ZIP Code **33458** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **6701 Mallards Cove Rd.**<br>**Jupiter, FL 33457** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
   *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
   check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
■ Single Asset Real Estate as defined
   in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other _____

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
   under Title 26 of the United States
   Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7                  ☐ Chapter 15 Petition for Recognition
☐ Chapter 9                      of a Foreign Main Proceeding
■ Chapter 11
☐ Chapter 12                 ☐ Chapter 15 Petition for Recognition
☐ Chapter 13                    of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,     ■ Debts are primarily
   defined in 11 U.S.C. § 101(8) as              business debts.
   "incurred by an individual primarily for
   a personal, family, or household purpose."

**Filing Fee** (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must
   attach signed application for the court's consideration certifying that the
   debtor is unable to pay fee except in installments. Rule 1006(b). See Official
   Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
   attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
   are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
   in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
   there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Meadows of Jupiter Florida Condo, LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Meadows of Jupiter Florida Condo, LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ David Lloyd Merrill, Esq.**
Signature of Attorney for Debtor(s)

**David Lloyd Merrill, Esq. 99155**
Printed Name of Attorney for Debtor(s)

**Shapiro, Blasi, Wasserman & Gora, P.A.**
Firm Name

**7777 Glades Road
Suite 400
Boca Raton, FL 33434**
Address

**Email: dlmerrill@sbwlawfirm.com
(561) 477-7800  Fax: (561) 477-7722**
Telephone Number

**October 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert Littman**
Signature of Authorized Individual

**Robert Littman**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**October 29, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Meadows of Jupiter Florida Condo, LLC**                              Case No.
                                     Debtor(s)                                   Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Active Alarms, Inc.<br>2337 S. Congress Avenue<br>West Palm Beach, FL 33406 | Active Alarms, Inc.<br>2337 S. Congress Avenue<br>West Palm Beach, FL 33406 | business debt | | 11,520.54 |
| Affordable & Dependable, Inc.<br>12216 189th Court N<br>Jupiter, FL 33478 | Affordable & Dependable, Inc.<br>12216 189th Court N<br>Jupiter, FL 33478 | business debt | | 3,530.00 |
| ARD Distributors, Inc.<br>1600 NW 159 Street<br>Miami, FL 33169 | ARD Distributors, Inc.<br>1600 NW 159 Street<br>Miami, FL 33169 | business debt | | 5,751.48 |
| Comcast<br>P.O. Box 105184<br>Atlanta, GA 30348 | Comcast<br>P.O. Box 105184<br>Atlanta, GA 30348 | business debt | | 13,090.45 |
| Fritzy Pool Services, Inc.<br>P.O. Box 540427<br>Lake Worth, FL 33454 | Fritzy Pool Services, Inc.<br>P.O. Box 540427<br>Lake Worth, FL 33454 | business debt | | 3,975.00 |
| George and Jeffrey Gilbert<br>117 Rosewood Circle<br>Jupiter, FL 33458 | George and Jeffrey Gilbert<br>117 Rosewood Circle<br>Jupiter, FL 33458 | business debt | | 2,020.00 |
| Grout Genie, Inc.<br>186 Greentree Circle<br>Jupiter, FL 33458 | Grout Genie, Inc.<br>186 Greentree Circle<br>Jupiter, FL 33458 | business debt | | 5,610.00 |
| Hector Torres<br>6701 Mallards Cove Rd.<br>F-21<br>Jupiter, FL 33458 | Hector Torres<br>6701 Mallards Cove Rd.<br>F-21<br>Jupiter, FL 33458 | business debt | | 2,765.00 |
| Iberia Bank<br>7111 Fairway Drive<br>Ste. 201<br>Palm Beach Gardens, FL 33418 | Iberia Bank<br>7111 Fairway Drive<br>Ste. 201<br>Palm Beach Gardens, FL 33418 | business debt | | 5,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Meadows of Jupiter Florida Condo, LLC**     Case No.
         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **IberiaBank**<br>**200 W. Congress Street**<br>**Lafayette, LA 70501** | **IberiaBank**<br>**200 W. Congress Street**<br>**Lafayette, LA 70501** | **First Mortgage on Mallard's Cove Apartments (240 Unit Condominium Complex) 6701 Mallards Cove Rd., Jupiter, Florida 33457** | | **6,038,715.00**<br><br>**(5,600,000.00 secured)** |
| **Imperial Premium Finance, Inc**<br>**P.O. Box 9045**<br>**New York, NY 10087** | **Imperial Premium Finance, Inc**<br>**P.O. Box 9045**<br>**New York, NY 10087** | **business loan** | | **63,952.05** |
| **Loxahatchee River District**<br>**P.O. Box 8800**<br>**Jupiter, FL 33468** | **Loxahatchee River District**<br>**P.O. Box 8800**<br>**Jupiter, FL 33468** | **business debt** | | **35,169.44** |
| **Mack Group Insurance**<br>**1211 S. Military Trail**<br>**Suite 100**<br>**Deerfield Beach, FL 33442** | **Mack Group Insurance**<br>**1211 S. Military Trail**<br>**Suite 100**<br>**Deerfield Beach, FL 33442** | **business debt** | | **3,438.81** |
| **Mallards Cove Condo Association**<br>**6701 Mallards Cove Rd.**<br>**Bld. 47**<br>**Jupiter, FL 33458** | **Mallards Cove Condo Association**<br>**6701 Mallards Cove Rd.**<br>**Bld. 47**<br>**Jupiter, FL 33458** | **condominium association fees** | | **92,072.00** |
| **Meadows of Jupiter Limited**<br>**c/o Mackey Development, Inc.**<br>**631 U.S. Highway One**<br>**Suite 406**<br>**North Palm Beach, FL 33408** | **Meadows of Jupiter Limited**<br>**c/o Mackey Development, Inc.**<br>**631 U.S. Highway One**<br>**North Palm Beach, FL 33408** | **Mallard's Cove Apartments (240 Unit Condominium Complex) 6701 Mallards Cove Rd., Jupiter, Florida 33457** | | **5,750,000.00**<br>**(5,600,000.00 secured)**<br>**(6,038,715.00 senior lien)** |
| **MKV Realty, Inc.**<br>**631 U.S. Highway One**<br>**#406**<br>**North Palm Beach, FL 33408** | **MKV Realty, Inc.**<br>**631 U.S. Highway One**<br>**#406**<br>**North Palm Beach, FL 33408** | **business debt** | | **68,943.79** |
| **Orkin Pest Control, Inc.**<br>**1400 Poinsetta Dr.**<br>**Delray Beach, FL 33444** | **Orkin Pest Control, Inc.**<br>**1400 Poinsetta Dr.**<br>**Delray Beach, FL 33444** | **business debt** | | **2,719.95** |
| **Rapcon Building Group Construction Servi**<br>**c/o Bruce W. Parrish, Jr., PA**<br>**1870 Forest Hill Blvd.**<br>**#203**<br>**West Palm Beach, FL 33406** | **Rapcon Building Group Construction Servi**<br>**c/o Bruce W. Parrish, Jr., PA**<br>**1870 Forest Hill Blvd.**<br>**West Palm Beach, FL 33406** | **claim of lien** | | **335,507.89** |

B4 (Official Form 4) (12/07) - Cont.

In re **Meadows of Jupiter Florida Condo, LLC**   Case No. _____
                     Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Southeastern Horticulture, Inc.<br>P.O. Box 2650<br>Jupiter, FL 33468 | Southeastern Horticulture, Inc.<br>P.O. Box 2650<br>Jupiter, FL 33468 | business debt | | 28,475.00 |
| Town of Jupiter<br>P.O. Box 8900<br>Jupiter, FL 33468-8900 | Town of Jupiter<br>P.O. Box 8900<br>Jupiter, FL 33468-8900 | business debt | | 54,949.80 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 29, 2010**   Signature  **/s/ Robert Littman**
                                                                               **Robert Littman**
                                                                               **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Acclerated Business Solutions
2991 Center Port Circle
Pompano Beach, FL 33064


Active Alarms, Inc.
2337 S. Congress Avenue
West Palm Beach, FL 33406


Affordable & Dependable, Inc.
12216 189th Court N
Jupiter, FL 33478


All Coast Refinishing, Inc.
798 SW Sail Terrace
Port Saint Lucie, FL 34953


Apartments at Timberlake, LLC
6701 Mallards Cove Rd
Bdg. 47
Jupiter, FL 33458


Aquatic Systems
2100 NW 33rd Street
Pompano Beach, FL 33069


ARD Distributors, Inc.
1600 NW 159 Street
Miami, FL 33169


Arlington Electric, Inc.
P.O. Box 63
Stuart, FL 34995


AT&T
P.O. Box 105252
Atlanta, GA 30348


AT&T
P.O. Box 105262
Atlanta, GA 30348


B&B Remediation and Restoration
8442 NW 47th Drive
Pompano Beach, FL 33067

```
Banyan Printing
1937 10th Avenue North
Lake Worth, FL 33461


Bonnie Horton and Robert Pierce
P.O. Box 14182
North Palm Beach, FL 33408


Brenda Billodeau
c/o Maggie Jones
223 Shorewood Way
Jupiter, FL 33458


Broward County Board
Commissioners Finance Dept
P.O. Box 3977
West Palm Beach, FL 33402


Business First Insurance Co.
P.O. Box 32034
Lakeland, FL 33802


Cardinal Appraisal, Inc.
13616-A Orange Grove Blvd.
West Palm Beach, FL 33411


CIT Technology Fin Serv, Inc
21146 Network Place
Chicago, IL 60673-1211


Coin Phone Management Co.
1846 Cargo Ct.
Louisville, KY 40299


Comcast
P.O. Box 105184
Atlanta, GA 30348


Craig Allison
12644 Shoreline Dr.
Unit 8B
West Palm Beach, FL 33414
```

```
D&B Supply
10261 NW 53rd Street
Fort Lauderdale, FL 33351


Deborah Vice
19172 SE Barus Drive
Jupiter, FL 33469


Dept. of Business & Regulations
1940 N. Monroe Street
Tallahassee, FL 32399


Erin Perez
1805 18TG CIYRT #26C
Jupiter, FL 33477


First Florida Appraisals
8015 West Lake Drive
Jupiter, FL 33458


Flavio Gomez
211 31 Street
West Palm Beach, FL 33407


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001
```

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

```
Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001
```

```
Fritzy Pool Services, Inc.
P.O. Box 540427
Lake Worth, FL 33454


George and Jeffrey Gilbert
117 Rosewood Circle
Jupiter, FL 33458


Glades Corp Care, Inc.
949 Turner Quay
Jupiter, FL 33458


Glen G. Schandel, CPA
4600 Military Trail #215
Jupiter, FL 33458


Great American Business Products
P.O. Box 4422
Houston, TX 77210


Grout Genie, Inc.
186 Greentree Circle
Jupiter, FL 33458


Hector Torres
6701 Mallards Cove Rd.
F-21
Jupiter, FL 33458


Heist, Weisse & Lucrez, PA
P.O. Box 2514
Fort Myers Beach, FL 33932


Heritage Group Properties, Inc.
6072 Roger Street
Jupiter, FL 33458


Highlight Realty Corp.
6679 Lake Worth Rd
Lake Worth, FL 33467


Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901
```

Home Run Real Estate, Inc.
3918 Via Ponciana
Suite 7
Lake Worth, FL 33467


House of Floors
1081 Holland Drive
Boca Raton, FL 33487


Iberia Bank
7111 Fairway Drive
Ste. 201
Palm Beach Gardens, FL 33418


IberiaBank
200 W. Congress Street
Lafayette, LA 70501


Imperial Premium Finance, Inc
P.O. Box 9045
New York, NY 10087


Jacomatley, Inc.
940 W. 13 Street
West Palm Beach, FL 33404


James Henkel
6701 Mallards Cove Rd.
Apt. 4A
Jupiter, FL 33458


Jennifer and Kenneth Mize
4N962 Birchdale Court
Saint Charles, IL 60175


Jonathan Sisco
6701 Mallards Cove Rd.
Unit 18G
Jupiter, FL 33458


Jupiter Plumbing Services
16 Yacht Club Dr.
Jupiter, FL 33477

```
JW Fire Sprinkler, Inc.
5730 Columbia Circle
West Palm Beach, FL 33407


Karin Stevens
Unit 60F
6701 Mallards Cove Rd.
Jupiter, FL 33458


Keller Williams Realty
4455 Military Trail
Suite 100
Jupiter, FL 33458


Kristen Evans
5447 Center Street
Jupiter, FL 33458


Kristopher and Marina Virostro
110 Lighthouse Circle
Tequesta, FL


Lainhart & Potter
P.O. Box 428
West Palm Beach, FL 33402


Lexis Nexis
P.O. Box 730694
Philadelphia, PA 19170


Lisa Rioux
5447 Center Street
Jupiter, FL 33458


Lisa Sullivan
4567 SE Murray Cove Circle
Stuart, FL 34997


Loxahatchee River District
P.O. Box 8800
Jupiter, FL 33468
```

```
Mack Group Insurance
1211 S. Military Trail
Suite 100
Deerfield Beach, FL 33442


Mallards Cove Condo Association
6701 Mallards Cove Rd.
Bld. 47
Jupiter, FL 33458


Marcos and Elisie Rodriguez
112 Timberwalk Trail
Jupiter, FL 33458


Mark Steen
14183 Greentree Trail
West Palm Beach, FL 33414


Massey Services, Inc.
315 Groveland Street
Orlando, FL 32804


Matthew Durke
5447 Center Street
Jupiter, FL 33458


Meadows of Jupiter Limited
c/o Mackey Development, Inc.
631 U.S. Highway One
Suite 406
North Palm Beach, FL 33408


Michael Caputo
6701 Mallards Cove Rd.
Bld 47
Jupiter, FL 33458


Michael Orion
5911 NW 40 Avenue
Pompano Beach, FL 33073


MKV Realty, Inc.
631 U.S. Highway One
#406
North Palm Beach, FL 33408
```

```
Mr. Appliance of the Treasure Coast, Inc
1549 Old Dixie Highway
Vero Beach, FL 32960


Orkin Pest Control, Inc.
1400 Poinsetta Dr.
Delray Beach, FL 33444


Oscar Chavez
6877 1st Street #F
Jupiter, FL 33458


Palm Beach County Health Dept.
P.O. Box 29
West Palm Beach, FL 33402


Palm Beach Post
2751 S. Dixie Highway
West Palm Beach, FL 33405


Paychex
250 Australian Avenue SOuth
Suite 200/300
West Palm Beach, FL 33401


Powernetrealty.com.inc
1525 15th Court
Jupiter, FL 33477


Rapcon Building Group Construction Servi
c/o Bruce W. Parrish, Jr., PA
1870 Forest Hill Blvd.
#203
West Palm Beach, FL 33406


Rebecca White
P.O. Box 8711
Jupiter, FL 33458


Regal Paint Centers
1369 W. Palmetto Park Rd.
Boca Raton, FL 33486
```

```
Republic Services of Palm Beach
P.O. Box 9001099
Louisville, KY 40290


Residential Data, Inc.
P.O. Box 730694
Dallas, TX 75373


RL Enterprises
6701 Mallards Cove Rd.
Bldg. 47
Jupiter, FL 33458


Robert Littman
6701 Mallards Cove Rd.
Jupiter, FL 33458


Robert Rusnka and Sharon Marzal
270 S. Central Blvd. #202
Jupiter, FL 33458


Ronald Johnson
3900 County Line Rd. #22C
Jupiter, FL 33469


Royal Fire & Safety
612 N. Orange Avenue
Suite A-6
Jupiter, FL 33468


See attached rent roll



Shaun Lee Lopp
3592 Everglades Rpad
Palm Beach Gardens, FL 33410


Sherwin Williams
7950 Central Industrial Dr.
FL 33494


Sixberry Locksmith
1431 Cypress Drive
Jupiter, FL 33469
```

```
Southeastern Horticulture, Inc.
P.O. Box 2650
Jupiter, FL 33468


Town of Jupiter
P.O. Box 8900
Jupiter, FL 33468-8900


Tyler Higgins and Jessica Cooke
825 Center Street Apt. 45B
Jupiter, FL 33458


United Laboratories, Inc.
P.O. Box 410
Saint Charles, IL 60174


Unlimited Sales, Inc.
617 Buck Hendry Way
Stuart, FL 34994


VM Painting Enterprises
911 E. Easy Street
Fort Pierce, FL 34982


Wilberto Luna and Sury Ortega
405 Circle West
Jupiter, FL 33458


Zephyrhills
PO Box 856680
Louisville, KY 40285-6680
```